UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

Plaintiff,

-against-

COMMISSIONER ROBERTA REARDON; DEPUTY COMMISSIONER SCOTT MELVIN.,

Defendants.

26 CIVIL 06762 (KMW)

CIVIL JUDGMENT

For the reasons stated in the August 13, 2026, Order, the Court dismisses Plaintiff's claims under federal criminal statutes for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3), and dismisses the remaining claims as frivolous, see 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: New York, New York
August 17, 2026

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge